371 A.2d 510
Commonwealth v. Savidge, Appellant.

**532**

Argued September 21, 1976. Joel M. Breitstein, for appellant; Thomas S. Long, Assistant District Attorney, and George E. Christianson, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.